AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2/8/22
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 3:22-mj-52
Priority Mail Tracking Number )
9505513723762032567471 )
postmarked February 1, 2022 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package 9505513723762032567471 addressed to Sean Denlis, 1908 W High St, Springfield, OH 45506, with a return address of Chris Phillips, 6106 N 35th Ave Apt 2, Phoenix, AZ 85019.

located in the Southern District of Ohio, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances throught the U.S. Mails, including moeny and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC § 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC § 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brad M Dorman*
Digitally signed by Brad M Dorman
Date: 2022.02.08 12:56:56 -05'00'

*Applicant's signature*

Brad M. Dorman, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 2/8/22

City and state: Dayton, OH

Peter B. Silvain, Jr.
United States Magistrate Judge
*Judge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL PACKAGE TRACKING NUMBER 9505513723762032567471 | 3:22-mj-52<br>Case No. _____<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Brad M. Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. Since mid-January 2022, I noticed a repetitive pattern of packages coming from Phoenix, AZ, destined to 1908 W High St, Springfield, OH 45506, via USPS databases. These packages were all mailed approximately one week apart of each other and were similar in weight. The sender used USPS Priority Mail and USPS Priority Mail Express to send the packages. One other USPS Priority Mail package mailed on January 25, 2022, was addressed to "Sean Denlis, 1908 W High St, Springfield, OH 45506" with a return address of "Devin Moore, 8111 N 19th Ave Apt 2082, Phoenix, AZ 85021." According to CLEAR, neither the sender nor recipient of that package is associated with their respective address. Through my training and experience, I have found that narcotic traffickers will use false information when sending packages via US Mail.

4. On February 7, 2022, the U.S. Postal Inspection Service intercepted a package (hereinafter "the Package") at the Cincinnati Network and Distribution Center (NDC), in Cincinnati, Ohio. The Package is a USPS Medium Flat Rate box, bearing tracking number 9505513723762032567471, mailed from Post Office 85026, postmarked February 1, 2022, with the following address information:

**Sender**: Chris Phillips
6106 N 35th Ave Apt 2
Phoenix, AZ 85019

**Addressee**: Sean Denlis
1908 W High St
Springfield, OH 45506

Through training and experience as a Postal Inspector, I know that the Phoenix, AZ area is known drug source location.

5. I performed a check in CLEAR database for the addressee's information on the Package of "Sean Denlis, 1908 W High St, Springfield, OH 45506." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Sean Denlis" associated with 1908 W High St, Springfield, OH 45506.

6. I also performed a check in CLEAR for the sender's information listed on the Package of "Chris Phillips, 6106 N 35th Ave Apt 2, Phoenix, AZ 85019." According to CLEAR, there is no "Chris Phillips" associated with 6106 N 35th Ave Apt 2, Phoenix, AZ 85019.

7. On February 7, 2022, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. Prior to conducting the "free air" check, I placed the Package in a room with multiple similar and like packages. As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

8. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no association between the sender and return address, (ii) no association between the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

**Brad M Dorman**
Digitally signed by Brad M Dorman
Date: 2022.02.08 12:57:14 -05'00'

Brad M. Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this __8th__ day of __February__, 2022.

Peter B. Silvain, Jr.
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **JEREMY STEWART**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**WESTON**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **02/07/2022**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**WESTON**" did alert to and indicate upon: [describe item]

**USPS Priority Mail Tracking # 9505 5137 2376 2032 5674 71**

| | | |
|---|---|---|
| TO: | Sean Denlis | FROM: Chris Phillips |
| | 1908 W High St | 6106 N 35th Ave Apt 2 |
| | Springfield, OH 45506 | Phoenix, AZ 85019 |

Which, based upon my training and experience and that of "**WESTON**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_(Signature)_ 28948, 2-7-22
(Signature, Badge #, and Date)

_(Signature)_ 2/7/2022
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009